IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Rebecca A. Landon,<br><br>                    Plaintiff,<br><br>Vs.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union LLC, Vaden of Beaufort, Inc., Ally Financial, Inc. and Navy Federal Credit Union,<br><br>                    Defendants. | Civil Action No. 9:21-cv-02381-RMG |

## **NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER AS TO EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC**

Plaintiff and Defendants Experian Information Solutions, Inc., and Trans Union LLC have agreed to settle the above-entitled action. Plaintiff requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated. This does not operate as a dismissal as to any other party in this action.

DAVE MAXFIELD, ATTORNEY, LLC

By:    \_s/ Dave Maxfield_____
       David A. Maxfield, Fed. ID 6293
       P.O. Box 11865
       Columbia, SC 29211
       803-509-6800
       855-299-1656 (fax)
       dave@consumerlawsc.com
       *Counsel for Plaintiff*

DATED: February 8, 2022

Columbia, South Carolina